IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT D. CARTER                                                            PLAINTIFF

v.                                              No. 2:15-cv-30-DPM

ALVIN HONEYCUTT, Detective,
Marianna Police Department, and
MARTIN WILSON, Chief of Police,
Marianna Police Department                                        DEFENDANTS

ORDER

Carter hasn't responded to Defendants' motion for summary judgment,

№ 23.  If he wants to be heard on the motion, then he must respond by

17 June 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_3 June 2016_