IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT D. CARTER                                                    PLAINTIFF

v.                         No. 2:15-cv-30-DPM

ALVIN HONEYCUTT, Detective,
Marianna Police Department, and
MARTIN WILSON, Chief of Police,
Marianna Police Department                                        DEFENDANTS

## ORDER

Defendants must file a complete condensed transcript of Carter's deposition. № 19 at 2. The regular transcript will do if the condensed one is not in hand. Please file the complete transcript as soon as practicable.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

8 July 2016