IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT D. CARTER                                                      PLAINTIFF

v.                          No. 2:15-cv-30-DPM

ALVIN HONEYCUTT, Detective,
Marianna Police Department, and
MARTIN WILSON, Chief of Police,
Marianna Police Department                                          DEFENDANTS

JUDGMENT

Carter's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 August 2016