# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ROBERT D. CARTER**                                                   PLAINTIFF

v.                        No. 2:15-cv-30-DPM

**ALVIN HONEYCUTT**, Detective,
Marianna Police Department, and
**MARTIN WILSON**, Chief of Police,
Marianna Police Department                                          DEFENDANTS

## ORDER

1. Motion, № 32, denied. There is no standard form for reopening a case; and Carter hasn't offered any reason to reopen his case at this time.

2. Carter's request for a complaint form is granted. The Court directs the Clerk to update Carter's address on the docket, № 32, and to mail him a blank § 1983 complaint form. Any new complaint must be filed as a new case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 January 2018